NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**VELMA SALINAS-NIX,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

———————————————

2012-3209

———————————————

Petition for review of the Merit Systems Protection Board in case no. DA0752100513-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The Department of the Army moves for a 14-day extension of time, until January 31, 2013, to file its principal brief. Velma Salinas-Nix opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

VELMA SALINAS-NIX V. ARMY                                    2

The motion is granted.

                                        FOR THE COURT


                                         /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27